# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

JARRETT M. JAMES,

                    **Plaintiff,**

    v.

DETECTIVE DARRIN ZIMMERMAN,

                    **Defendant** .

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-563-jcs

---

This action came for consideration before the court with **DISTRICT JUDGE JOHN C. SHABAZ** presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

---

THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF DISMISSING HIS COMPLAINT AND ALL CLAIMS CONTAINED THEREIN WITH PREJUDICE AND COSTS.

Approved as to form this 29th day of January, 2008.

_____
JOHN C. SHABAZ
DISTRICT JUDGE

**THERESA M. OWENS**

_____
Theresa M. Owens, Clerk

**by Deputy Clerk**

JAN 2 9 2008

Date