IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JARRETT M. JAMES,

                                                                             ORDER

                Plaintiff,

                                                                    07-cv-563-jcs

    v.

DARRIN ZIMMERMAN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on March 21, 2008, I told petitioner that he owed $2.96 as an initial partial payment of the fee for filing his appeal. It has come to my attention that the order includes a typographical error regarding plaintiff's name. Accordingly, the March 21 order is CORRECTED to state that plaintiff's name is Jarrett James. The March 21 order stands in all other respects.

      Entered this 26th day of March, 2008.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      BARBARA B. CRABB
                                      District Judge